# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2026-2169

**Short Case Caption:** Chen v. Thermaltake Technology Co., Ltd.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Thermaltake Technology Co., Ltd. and Thermaltake Inc.

| | |
|---|---|
| **Principal Counsel:** David J. Tsai | Admission Date: 2007 |
| Firm/Agency/Org.: Pillsbury Winthrop Shaw Pittman LLP | |
| Address: 4 Embarcadero Center, 22nd Floor, San Francisco, CA 94111 | |
| Phone: 415-983-1000 | Email: david.tsai@pillsburylaw.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 9/3/26

Signature: */s/ David J. Tsai*

Name: David J. Tsai

**FORM 30. Certificate of Service** **Form 30**
**July 2020**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number** 2026-2169

**Short Case Caption** Chen v. Thermaltake Technology Co., Ltd.

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 09/03/2026

by ☐ U.S. Mail ☐ Hand Delivery ☑ Email ☐ Facsimile
☐ Other: ________________________

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Kyle D. Chen | kchen@gtlaw.com |
| Heath J. Briggs | BriggsH@gtlaw.com |
| James L. Ryerson | ryersonj@gtlaw.com |
| | |
| | |

☐ Additional pages attached.

Date: 09/03/2026 Signature: */s/ David J. Tsai*

Name: David J. Tsai